(101 South. 526)

**Ex parte John EZEKIEL. (7 Div. 526.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

Paul O. Luck, of Columbiana, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of John Ezekiel for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Ezekiel v. State, 101 So. 525.

Writ denied.

ANDERSON, C. J., and SAYRE, GARD-NER, and MILLER, JJ., concur.

———

(101 South. 531)

**Ex parte Tom GREEN. (2 Div. 854.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

Benj. F. Elmore and Wm. F. Herbert, of Demopolis, and I. I. Canterbury, of Linden, for petitioner.
L. R. Wilson, of Demopolis, opposed.

PER CURIAM. Petition of Tom Green for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Tom Green v. City of Demopolis, 101 So. 529.

Writ denied.

ANDERSON, C. J., and SAYRE, GARD-NER, and MILLER, JJ., concur.

(101 South. 531)

**Ex parte BURRELL ODOM.    (7 Div. 516.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

E. O. McCord & Son, of Gadsden, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Burrell Odom for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Odom v. State, 101 So. 531.
Writ denied.

ANDERSON, C. J., and SAYRE and GARD-NER, JJ., concur.

———

(101 South. 626)

**Ex parte STATE.**

**WELLS v. STATE.**

**(6 Div. 267.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

Harwell G. Davis, Atty. Gen., and Jim Davis, Sol. Tenth Circuit, of Birmingham, for petitioner.
John W. Altman and J. K. Taylor, both of Birmingham, opposed.

PER CURIAM. James Walter Wells was convicted of an offense and appealed to the Court of Appeals, and the judgment of conviction being there reversed, the state petitions for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Wells v. State, 101 So. 624.

Writ denied.

ANDERSON, C. J., and SAYRE, GARD-NER and MILLER, JJ., concur.

———

(101 South. 629)

**Ex parte W. E. ALLISON et al.    (6 Div. 268.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

W. E. James, of Cullman, and James J. Mayfield, of Montgomery, for petitioners.
Brown & Griffith, of Cullman, opposed.

PER CURIAM. Petition of W. E. Allison and another for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Allison v. Fuller-Smith & Co., 101 So. 626.
Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.